**Robert J. SILVA Appellant,**

v.

**UNITED SERVICES AUTOMOBILE ASSOCIATION, Appellee.**

**No. 21927.**

United States Court of Appeals
Fifth Circuit.

Oct. 26, 1967.

Daniel A. McGovern, III, New Orleans, La., for appellant.

Richard C. Baldwin, Adams & Reese, New Orleans, La., for appellee.

Before GEWIN, BELL and AINSWORTH, Circuit Judges.

PER CURIAM:

A jury verdict was rendered against appellant on the merits of his claim for damages which allegedly arose out of injuries sustained when he was struck by an automobile insured by appellee. The assignments of error are based on the action of the District Court in denying certain requested jury instructions. Each is devoid of merit.

Affirmed.

■

**WASHINGTON NATIONAL INSURANCE COMPANY, Appellant,**

v.

**The ESTATE of John A. REGINATO, Claudia T. Reginato, Appellees.**

**No. 21330.**

United States Court of Appeals
Ninth Circuit.

Sept. 11, 1967.

Rehearing Denied Oct. 23, 1967.

Harold C. Nachtrieb, Miller, Groezinger, Pettit, Evers & Martin, San Francisco, Cal., for appellants.

Bowman, Trant & Colthurst, Allen Trant, Oakland, Cal., for appellee.

Before POPE, JERTBERG and DUNIWAY, Circuit Judges.

PER CURIAM:

The judgment and order appealed from are, and each of them is, affirmed on the grounds and for the reasons stated in the Memorandum and Order of the District Court, filed June 16, 1966, and reported at 272 F.Supp. 1016.